

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Maurekus Markell Grigsby, Appellant

No. 06-23-00137-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29062). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Maurekus Markell Grigsby, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 18, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk